# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

VANESSA DEL CARMEN ALVARADO
CALDERON, *on behalf of herself, FLSA Collective Plaintiffs and the Class,*

                             Plaintiffs,

               -against-

BREADBERRY INC.,
    d/b/a BREADBERRY, and
SAMUEL GLUCK,

                         Defendants.

Case No. 1:22-cv-01601-MKB-LB

**DEFENDANTS' OFFER OF JUDGMENT TO PLAINTIFF VANESSA DEL CARMEN ALVARADO CALDERON**

---

Defendants Breadberry Inc. d/b/a Breadberry and Samuel Gluck (collectively "Defendants"), pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby serves this Offer of Judgment upon Plaintiff Vanessa Del Carmen Alvarado Calderon ("Plaintiff").

The terms of the Offer of Judgment are as follows:

1.     Defendants hereby offer to allow judgment in this action to be taken in favor of Plaintiff and against Defendants in the total amount of Ten Thousand Dollars and Zero Cents ($10,000.00) on all Plaintiff's claims brought on her own behalf in the Complaint filed on March 23, 2022. This amount includes any and all of Plaintiff's claims for costs and attorneys' fees.

2.     The purpose of this Offer of Judgment is to encourage settlement and to avoid further arbitration and/or litigation. Although Defendants contend that the claims in this action are without merit, Defendants propose to allow judgment to be entered against them pursuant to Rule 68 of the Federal Rules of Civil Procedure as described herein, solely for the purpose of resolving Plaintiff's claims in their entirety, without the costs and burdens associated with further arbitration

and/or litigation.

3.    Accordingly, this Offer of Judgment is not to be construed as an admission that Defendant is liable in this action or that Plaintiff suffered any damages.

4.    A judgment entered upon acceptance of this Offer of Judgment shall not be deemed to have determined or adjudicated any issue relevant to the merits of the claims of Plaintiff.

5.    This Offer of Judgment is conditioned upon Plaintiff's compliance with the Medicare, Medicaid, and SCHIP Extension Act of 2007 (P.L. 110- 173), which, in part, amended the Medicare Secondary Payer statute at 42 U.S.C. § 1395y(b)(7) and (8).

6.    This Offer of Judgment may be accepted, in writing, within fourteen (14) days of service.  No verbal communications shall constitute an acceptance, rejection or counter-offer to this Offer of Judgment.  If, within fourteen (14) days after being served, Plaintiff serves written notice accepting the offer, any party may then file the offer and notice of acceptance, plus proof of service, so that the clerk may then enter judgment.  If Plaintiff does not accept the offer within fourteen (14) days, it is considered rejected and withdrawn.

7.    Acceptance of the Offer of Judgment by Plaintiff shall be deemed to resolve all claims asserted by Plaintiff in this action.

8.    By accepting this Offer of Judgment, Plaintiff foregoes any right to relief with respect to her claims in this action, including but not limited to:  (a) declaratory and/or injunctive relief; (b) economic damages; (c) emotional distress damages; (d) compensatory damages; (e) penalties, non-economic damages, and/or punitive damages; (f) pre-judgment interest, post-judgment interest and/or liquidated damages; (g) any additional amounts for costs, expenses, attorney fees, and/or expert fees; and (h) any other relief not specifically provided by Paragraph 1 of this Offer of Judgment.

Dated: January 3, 2024

Respectfully submitted,

/s/ Eli Freedberg

Eli Z. Freedberg
efreedberg@littler.com

LITTLER MENDELSON, P.C.
900 Third Avenue, 7th Floor
New York, NY 10022
Tel :212-583-9600

*Attorneys for Defendants*

DEFENDANTS' OFFER OF JUDGMENT IS
HEREBY ACCEPTED:

_____
Attorney for Plaintiff Vanessa Del
Carmen Alvarado Calderon

Dated:  1 . 9 . 2024

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of January 2024, a true and correct copy of the foregoing was served, via electronic mail and FEDEX, upon the following counsel of record:

*Attorneys for Plaintiff*

C.K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
cklee@leelitigation.com

Eli Z. Freedberg