**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

VANESSA DEL CARMEN ALVARADO CALDERON,
*on behalf of herself, FLSA Collective Plaintiffs and the*
*Class,*

                        Plaintiff,

    v.

BREADBERRY INC.,
    d/b/a BREADBERRY, and
SAMUEL GLUCK,

                  Defendants.

**Case No.**:  1:22-cv-01601

**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Breadberry Inc. d/b/a Breadberry and Samuel Gluck (collectively "Defendants"), having offered to allow Plaintiff Vanessa Del Carmen Alvarado Calderon ("Plaintiff") to take a judgment against them, in the sum of Ten Thousand and Zero Cents ($10,000.00), includes any and all of Plaintiff's claims for costs and attorneys' fees, to resolve all of Plaintiff's claims brought on her own behalf in the Complaint filed on March 23, 2022, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated January 3, 2024 and filed as Exhibit A to Docket Number 38;

**WHEREAS**, on January 9, 2024, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 38);

It is **ORDERED and ADJUDGED**, that judgment is entered in favor of Plaintiff Vanessa Del Carmen Alvarado Calderon, in the sum of $10,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated January 3, 2024 and

filed as Exhibit A to Docket Number 38. The Clerk of Court is respectfully directed to close this case.

Dated: January 12, 2024
     Brooklyn, New York

BRENNA B . MAHONEY
CLERK OF COURT

BY: *Jalitza Poveda*
     Deputy Clerk